UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:15-cr-15-FtM-38CM

ORENTAL J. ALLEN

### ORDER

This matter comes before the Court on Defendant Orental J. Allen's Unopposed Motion for Miscellaneous Relief (Doc. #56) filed on August 21, 2015. Allen moves the Court to consolidate case number 2:15-cr-39 with the instant case for the purpose of sentencing. "If cases assigned to different judges are related because of either a common question of fact or any other prospective duplication in the prosecution or resolution of the cases, a party may move to transfer any related case to the judge assigned to the first-filed among the related cases." M.D. Fla. R. 1.04(b).

Allen pled guilty to Count I possession of a firearm and ammunition in both cases. The cases are interrelated and the Motion construed as a motion to transfer in case 2:15-cr-39 was granted and Allen's sentencing was transferred to this case. As such, it is in the interest of judicial economy to consolidate the cases against Allen for the purposes of sentencing.

Accordingly, it is now

**ORDERED:**

Defendant Orental J. Allen's Motion for Miscellaneous Relief (Doc. #56) is **GRANTED**. The clerk of court is directed to schedule 2:15-cr-15 and 2:15-cr-39 for sentencing before the undersigned on the same date and time.

**DONE AND ORDERED** at Fort Myers, Florida, this October 13, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record