UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 2:15-cr-15-FtM-38CM

ORENTAL J. ALLEN
_____

## PRELIMINARY ORDER OF FORFEITURE

The United States moves, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a preliminary order of forfeiture for the following property:

a. A Sig Sauer, model P229, .40 caliber pistol, Serial Number: AM55190;

b. 10 rounds of Federal .40 caliber ammunition; and

c. 3 rounds of Winchester .40 caliber ammunition.

Being fully advised in the premises, the Court finds as follows:

The defendant pleaded guilty and has been adjudged guilty of being a convicted felon in possession of the firearm and ammunition described above, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), as charged in the Indictment.

The United States has established the requisite nexus between the defendant's crime of conviction and the property identified above, and the government is now entitled to possession of the firearm and ammunition, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

Accordingly, it is **ORDERED t**hat the Motion of the United States is **GRANTED**. Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the firearm and ammunition identified above are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

In accordance with Rule 32.2(b)(4) and the defendant's plea agreement (Doc. 49, p. 7), this order of forfeiture is final as to the defendant.

The Court retains jurisdiction to complete the forfeiture and disposition of the firearm and ammunition described above.

**ORDERED** in Fort Myers, Florida, this 2nd day of November, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties\Counsel of Record