UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                 CASE NO. 2:15-cr-15-FtM-38CM

ORENTAL J. ALLEN
_____

## **FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following firearms and ammunition:

      a.      A Sig Sauer, model P229, .40 caliber pistol, Serial Number: AM55190;

      b.      10 rounds of Federal .40 caliber ammunition; and

      c.      3 rounds of Winchester .40 caliber ammunition.

On November 2, 2015, the Court entered a Preliminary Order of Forfeiture for the firearms and ammunition described above, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). Doc. 62.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the firearms and ammunition on the official government website, www.forfeiture.gov, from November 4, 2015 through December 3, 2015. Doc. 71. The publication gave notice to all third parties with a legal interest in the firearms

and ammunition to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interest within 60 days of the first date of publication.

No other third party has filed a petition or claimed an interest in the firearms and ammunition, and the time for filing such petition has expired.

Accordingly, it is hereby **ORDERED**:

For good cause shown, the United States' motion is **GRANTED**. Pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the firearms and ammunition identified above is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.

Clear title to the firearms and ammunition is now vested in the United States of America.

**DONE and ORDERED** in Fort Myers, Florida, this 6th day of January, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:   All Parties/Counsel of Record

2